UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA DUNCAN,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>    Defendant. | No. 2:19-cv-02250-JAM-CKD PS<br><br><br>ORDER |

On November 21, 2019, the magistrate judge filed findings and recommendations (ECF No. 4), which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. No objections were filed.

Accordingly, the court presumes that any findings of fact are correct. See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the findings and recommendations in full. Accordingly, IT IS HEREBY ORDERED that:

    1.    The findings and recommendations (ECF No. 4) are ADOPTED;

1

2. This action is dismissed without leave to amend;

3. The Clerk of Court is directed to refund the $400.00 filing fee in this action as soon as practicable; and

4. The Clerk of Court is directed to close this case.

DATED: December 18, 2019

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE